IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EZZARD O. TAYLOR,         )<br>                           )<br>    Plaintiff,            )<br>                           )<br>    v.                     )<br>                           )<br>LOWNDES COUNTY JAIL and    )<br>LOWNDES COUNTY SHERIFF'S   )<br>OFFICE,                    )<br>                           )<br>    Defendants.            ) | CIVIL ACTION NO.<br>  2:15cv138-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a Lowndes County Jail inmate, filed this lawsuit complaining that the jail has no law library and charges inmates for medication and that he was arrested, interrogated, and searched without probable cause. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of April, 2015.

                                    /s/ Myron H. Thompson  
                                   **UNITED STATES DISTRICT JUDGE**